United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARRY D. WILLETT,

    Plaintiff,

v.

COUNTY OF CONTRA COSTA,

    Defendant.

No. C 06-00164 CRB

**ORDER**

Plaintiff filed an Amended Complaint on January 31, 2006, which is permissible by right. The Court, however, cannot appoint a lawyer for plaintiff because he does not have a right to a lawyer in this civil action. The Court denies plaintiff's request to waive his appearance at all "scheduled and unscheduled hearings;" rather, plaintiff must petition the Court to appear telephonically each time his presence is required before the Court. Plaintiff must otherwise follow the Local Rules, which include specific instructions regarding service of the opposing party and a requirement to include a certificate of service with each filing. See Civil L.R. 5-5(a)(2), 5-6.

**IT IS SO ORDERED.**

Dated: February 7, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0164\order 1.wpd